UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11364 FMO (JPRx) | Date | December 16, 2021 |
|---|---|---|---|
| Title | Orly International, Inc. v. Orly Shoe Corporation, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

   Pursuant to the Scheduling and Case Management Order [] ("CMO"), the parties were initially required to complete a settlement conference before a private mediator no later than October 12, 2021.  (See Dkt. 24, CMO at 17).  The court later granted the parties' request to extend the mediation deadline to December 12, 2021.  (See Dkt. 29, Court's Order of October 12, 2021, at 2).  If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement.  (See Dkt. 24, CMO at 17).  Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete.  (See id.).

   As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed.  (See, generally, Dkt.).  Accordingly, IT IS ORDERED THAT, no later than **December 23, 2021**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the CMO and Court's Order of October 12, 2021.  **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.**  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | gga |